UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:07CR661 |
|---|---|---|
| Plaintiff(s), | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | |
| CHAD BALDWIN, | ) | ORDER |
| Defendant(s). | ) | |

This matter was scheduled for Trial beginning May 19, 2009. The Defendant,

after having consulted with counsel and upon examination by the Court, entered a plea

of guilty to Counts 1 and 2 of an Indictment charging a violation of 18 U.S.C. § 371 and

18 U.S.C. § 1341 and 2, respectively.

The Court assesses costs to the Defendant for the jurors reporting for duty on

May 18 and May 19, 2009 in the amount of $5,693.65.

IT IS SO ORDERED.

Christopher A. Boyko
U.S. District Court Judge

June 1, 2009